

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00176-CV

LATONYA DENISE GRIFFIN AND                                    APPELLANTS
LATORIA DANIELLE GRIFFIN

V.

AMICA MUTUAL INSURANCE                                          APPELLEE
COMPANY

-----------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On May 25, 2012, and June 14, 2012, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c). Appellants have not paid the $175 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellants have failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  September 20, 2012

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).